

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00491-CV

**MODIVCARE SOLUTIONS, LLC** formerly known as LogistiCare Solutions, LLC; and
ModivCare Solutions, Inc. formerly known as Providence Service Corporation,
Appellants

v.

Andrew Nathan **VIERA** and Adela Garza,
Appellees

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. DC-20-17
Honorable Baldemar Garza, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE
VALENZUELA

In accordance with this court's opinion of this date, appellants' motion to dismiss their
appeal with respect to Appellee Adela Garza is GRANTED, and appellants' appeal with respect
to Appellee Garza is DISMISSED. Appellants' appeal with respect to Appellee Andrew Nathan
Viera remains pending on the docket of this court.

SIGNED September 21, 2022.

_____
Liza A. Rodriguez, Justice